[No. 4606. Decided June 16, 1903.]

AETNA INSURANCE COMPANY, *Respondent,* v. ROBERT G. THOMPSON *et ux., Appellants.*

Appeal from Superior Court, King County.—Hon. GEORGE C. HATCH, Judge. Affirmed.

*Byers & Byers,* for appellants.
*Preston, Carr & Gilman,* for respondent.

PER CURIAM.—This is an appeal from an order of the superior court of King county refusing to discharge an attachment. We have examined the testimony on which the cause was tried, and are not inclined to disturb the judgment of the trial court. Affirmed.